# Court of Appeals
# of the State of Georgia

ATLANTA, June 27, 2018

*The Court of Appeals hereby passes the following order:*

**A18A0258. BEENE v. THE STATE.**

Counsel for appellant Felix Beene filed a suggestion of death pursuant to Court of Appeals Rule 43 (a), notifying this Court that appellant passed away on December 9, 2017 while still in the custody of the Georgia Department of Corrections. Accordingly, this appeal is DISMISSED as MOOT. See *Dorsey v. State*, 272 Ga. 283 (528 SE2d 257) (2000); *Grogan v. State*, 248 Ga. 312 (283 SE2d 899) (1981).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/27/2018
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*